**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

No. 75 EM 2016.

Supreme Court of Pennsylvania.

June 27, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Appellant**

v.

**Rafael J. SIMMONS–RIVERA,**
**Appellee.**

Supreme Court of Pennsylvania.

July 25, 2016.

### *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of July 2016, the Order of the Court of Common Pleas is **AFFIRMED.**

Justice MUNDY did not participate in the consideration or decision of this matter.